**No. 11-5234. Omar Sharrieff Gay, Petitioner v. Mike Evans, Warden, et al.**

565 U.S. 896, 132 S. Ct. 285, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5645.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 723.

**No. 11-5235. Mark Hebert, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 896, 132 S. Ct. 285, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5605.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5236. Dario Carlon Pacheco, Petitioner v. United States.**

565 U.S. 896, 132 S. Ct. 285, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5707.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5237. Charles Poulson, Petitioner v. Pennsylvania Department of Probation and Parole.**

565 U.S. 896, 132 S. Ct. 285, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5484.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

Same case below, 610 Pa. 394, 20 A.3d 1178.

**No. 11-5238. Heraldo Mora, Petitioner v. William Brown, Superintendent, Eastern New York Correctional Facility.**

565 U.S. 896, 132 S. Ct. 285, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5557.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-5239. Daniel L. Williams, Petitioner v. Jack Koon, Warden.**

565 U.S. 896, 132 S. Ct. 285, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5574.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Georgia, Baldwin County, denied.

**No. 11-5240. Eric Watkins, Petitioner v. Anthony Haynes, Warden.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5679.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.